

## RECONSIDERATION DOCKET

**94–1715.   State ex rel. Jones v. Indus. Comm.**
Franklin App. No. 93APD13–64.   Reported at 76 Ohio St.3d 503, 668 N.E.2d 495.   On motion for reconsideration.   Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**95–967.   Young v. Ohio Dept. of Human Serv.**
Allen App. No. 1–94–48.   Reported at 76 Ohio St.3d 547, 668 N.E.2d 908.   On motion for reconsideration.   Motion denied.

DOUGLAS, F.E. SWEENEY and STRATTON, JJ., dissent.

**95–1042.   Roberts v. Ohio Permanente Med. Group, Inc.**
Summit App. No. 16913.   Reported at 76 Ohio St.3d 483, 668 N.E.2d 480.   On motion for reconsideration by Akron City Hospital and on motion for reconsideration by Ohio Permanente Medical Group and Dipti Shah, M.D.   Motions denied.

MOYER, C.J., COOK and STRATTON, JJ., dissent.

**96–901.   State ex rel. Wilcox v. Seidner.**
Lorain App. No. 96CA006342.   Reported at 76 Ohio St.3d 412, 667 N.E.2d 1220.   On motion for reconsideration.   Motion denied.

**96–912.   State ex rel. Morgan v. Seidner.**
Lorain App. No. 96CA006349.   Reported at 76 Ohio St.3d 412, 667 N.E.2d 1220.   On motion for reconsideration.   Motion denied.

**96–919.   State ex rel. Munici v. Seidner.**
Lorain App. No. 96CA006365.   Reported at 76 Ohio St.3d 412, 667 N.E.2d 1220.   On motion for reconsideration.   Motion denied.

**96–920.   State ex rel. Munici v. Seidner.**
Lorain App. No. 96CA006347.   Reported at 76 Ohio St.3d 412, 667 N.E.2d 1220.   On motion for reconsideration.   Motion denied.

**96–1959.   State ex rel. 14 & 76 Fireworks, Inc. v. Portage Cty. Court of Common Pleas.**
In Prohibition.   Reported at 76 Ohio St.3d 1463, 669 N.E.2d 249.   On motion for reconsideration. Motion denied.

**96–2020.   State ex rel. Berman v. Russo.**
In Prohibition.   Reported at 76 Ohio St.3d 1467, 669 N.E.2d 851.   On motion for reconsideration. Motion denied.

RESNICK, J., dissents.